UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR101 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| CHARLES CRICK, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 15th day of January, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 9, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841 and 853, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a White 2003 Ford F-350 pickup, VIN 1FTWW32F93EB18373, a White 2003 Express Recreational trailer, VIN 4UO1E26253AO15184 and $2,000.00 in United States currency were forfeited to the United States.

2. On November 29, December 6 and 13, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on January 11, 2008 (Filing No. 39).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the White 2003 Ford F-350 pickup, VIN 1FTWW32F93EB18373, the White 2003 Express Recreational trailer, VIN 4UO1E26253AO15184 and $2,000.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C. The White 2003 Ford F-350 pickup, VIN 1FTWW32F93EB18373, the White 2003 Express Recreational trailer, VIN 4UO1E26253AO15184 and $2,000.00 in United States currency, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 15th day of January, 2008

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**